UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TANYA MCCLENDON,

    Plaintiff,

v.                                                                            CASE NO. 8:14-cv-1651-T-23TBM

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## **ORDER**

    A July 8, 2015 report (Doc. 19) by Magistrate Judge Thomas B. McCoun, III recommends a reversal of the Commissioner's decision and a remand of this action for further proceedings. No party objects.

    The report and recommendation (Doc. 19) is **ADOPTED**. Under 42 U.S.C. § 405(g), this action is **REVERSED** and **REMANDED** for further proceedings consistent with the report and recommendation. The clerk is directed (1) to enter judgment in favor of the plaintiff and against the Commissioner, (2) to terminate any pending motion, and (3) to close the case.

    ORDERED in Tampa, Florida, on July 30, 2015.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE