UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TANYA MCCLENDON,

    Plaintiff,

v.                                                                    CASE NO. 8:14-cv-1651-T-23TBM

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

### ORDER

The plaintiff moves (Doc. 22) unopposed for an attorney's fee. An August 31, 2015 order (Doc. 23) refers the motion for a report and recommendation. Without an objection by either party, the magistrate judge recommends (Doc. 24) granting the motion and awarding $6,304.80 in attorney's fees and $12.00 in paralegal fees to the plaintiff's counsel if the plaintiff is not indebted to the Department of the Treasury. The report and recommendation (Doc. 24) is **ADOPTED**. The plaintiff's motion for an attorney's fee (Doc. 22) is **GRANTED**. The clerk is directed to enter a judgment awarding the plaintiff $6,304.80 in attorney's fees and $12.00 in paralegal fees against the defendant. Unless the Department of Treasury determines that the plaintiff owes a federal debt, the defendant must pay the fees and costs to the plaintiff's counsel in accord with the plaintiff's assignment of fees.

ORDERED in Tampa, Florida, on November 23, 2015.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE